# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TONY JUSTICH,

          Plaintiff,

v.

KEVIN CARR, JOHN TATE,
MICHAEL RIVERS, and JOHN DOES
1-50,

          Defendants.

Case No. 20-CV-1575-JPS

**ORDER**

On August 20, 2021, the Court screened Plaintiff's complaint, determined that Plaintiff failed to state a claim for relief, and provided Plaintiff until September 20, 2021 to amend his complaint. (Docket #62). On September 22, 2021, the Court extended Plaintiff's time to file an amended complaint to November 8, 2021. (Docket #64). That date has passed with no communication from Plaintiff. Accordingly, the Court will dismiss this case without prejudice for failure to state a claim and issue a strike pursuant to 28 U.S.C. § 1915(g).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for failure to state a claim; and

**IT IS FURTHER ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2022.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge